Julia A. Ellis, Respondent, v. Kate Purvis, Executrix, etc., Appellant.—Judgment affirmed, with costs. Opinion by Williams, J.

Burwell B. Link, Appellant, v. The Town of Brunswick, Respondent.—Judgment reversed, new trial granted, costs to abide the event. Opinion by Learned, P. J.

Eliza Nearing, Respondent, v. Oliver B. Brown, Appellant.—Judgment of County Court reversed and that of justice affirmed, with costs. Opinion by Williams, J.

## FOURTH DEPARTMENT, SEPTEMBER TERM, 1887.

Ludwig Vauth, Respondent, v. Magdalena Landis, Appellant.—Motion to resettle case and exceptions and for reargument denied.

Jane A. Sherman, Respondent, v. Thomas P. Sherman, Appellant.—Motion to vacate stipulation and for further relief denied, with ten dollars costs.

Ephraim Tillotson and another, as Overseers of the Poor, etc., Appellants, v. Edward Smith, Respondent.—Motion for restitution granted.

Walter I. Bustin, Respondent, v. John Moore, Appellant.—Motion granted, with ten dollars costs, unless appellant serves proper papers and pays twenty dollars costs in twenty days.

The People of the State of New York v. John N. Schuyler.—Ordered that execution of the judgment of the Oyer and Terminer of Otsego county takes place on the 10th day of November, 1887.

Lydia Vernum, Respondent, v. Andrew A. Wheeler, Appellant.—Motion denied.

James Roney, Appellant, v Bruce S. Aldridge, Respondent.—Motion denied, with ten dollars costs.

Ellen Eldredge, Respondent, v. J. Briggs Stanton, Appellant. — Motion for reargument denied.

Charles N. Stoutenburg, Appellant, v. Robert Stewart, Respondent. — Order affirmed, with ten dollars costs and disbursements. Martin, J., not sitting.

James B. Herbage v. The City of Utica. — Order affirmed, with ten dollars costs and disbursements.

Sophy H. Mason, Respondent, v. Catherine Dicks, Administratrix, etc., Appellant.

Same v. Same — Orders affirmed, without costs to either party.

Albert N. Russell and another, as Receivers, Respondents, v. The Schenectady Gas-Light Company, Appellant. — Judgment affirmed, with costs. Hardin, P. J., not sitting.

Fayette Williams, Appellant, v Charles B. Douglass and William M. Douglass, Respondents. — Judgment affirmed, with costs. Hardin, P. J., not sitting.

The Lake Ontario National Bank of Oswego, Respondent, v. David H. Judson and George Monroe, Appellants.—Judgment affirmed, with costs.

The Lake Ontario National Bank, Respondent v. David H. Judson, Appellant. — Judgment affirmed, with costs.

Charles W Bardeen, Respondent, v. Charles L. Wallace and others, Appellants. — Order affirmed, with ten dollars costs and disbursements.

Dwight L. Sweet, Respondent, v. James N. Norris, Appellant. — Order affirmed, with ten dollars costs and disbursements. Follett, J., not sitting.

In the Matter of the Estate of Sophronia Morehouse, Deceased, Anna More, Appellant — Orders of the surrogate of Onondaga county reversed, with ten dollars costs and disbursements, and proceedings remitted to the surrogate with leave to relax or make additional allowances upon proper proofs. (See sec. 2561, Code of Civil Pro.)

George Hayward, Respondent, v. John W. Sayer, Appellant. — Judgment reversed and a new trial ordered, with costs to abide the event. *Held*, that the court erred in allowing an inquiry to be made of a witness as to whether he had been accused of crime.

John McMillan, Plaintiff, v. The Delaware. Lackawanna and Western Railroad Company, Defendant.—Motion for new trial denied, with costs.

Ariel S. Thurston, Executor, etc., Respondent, v. George D. Bartholemew, Appellant, impleaded, etc — Judgment and orders affirmed, with costs.

George W. Beach, Appellant, v. Ann Steele, Respondent. — Judgment affirmed, with costs.

John W. Alexander, as Assignee, etc., Respondent, v John and Hugh Lucky, Appellants.— Motions denied.

David K. McCarthy and others, as Survivors, Appellants, v. Fred. E. Smith and another, Respondents.—Judgment affirmed, with costs.

Fabian Schwartz, Respondent, v. Benjamin T. Babbitt, Appellant.—Judgment affirmed, with costs.

Susan F. Brewer, as Administratrix, etc., Respondent, v. The New York, Lake Erie and Western Railroad Company, Appellant. — Judgment affirmed, with costs. Martin, J., not sitting.

45 595
72 601
45 595
82 614
45 595
88 410
45 595
3ap123

## SECOND DEPARTMENT, SEPTEMBER TERM, 1887.

Albert B. Parker, Plaintiff, v Samuel Loring, Defendant. — Judgment for defendant upon submitted case, with costs. Opinion by Barnard, P. J.

Pietro Fassi v. Maria Boringer.—Judgment of County Court reversed, with costs. Opinion by Barnard, P. J.